EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 30 2002

at 3 o'clock and 05 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIUS D. HUDSON,<br><br>Defendant. | CR NO. **CR02 00437 SOM**<br><br>INDICTMENT<br><br>[H.R.S. § 708-811; H.R.S. § 708-836; and 18 U.S.C. § 13] |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about August 29, 2002, in the District of Hawaii, defendant **JULIUS D. HUDSON,** at a place within the special maritime and territorial jurisdiction of the United States, namely Schofield Barracks, Hawaii, did intentionally enter and remain unlawfully in a building, to wit: the Kaala Community

Recreation Center (KCAC), Schofield Barracks, Hawaii, with intent to commit therein a crime against persons and property rights.

In violation of Hawaii Revised Statute, Section 708-811, and Title 18, United States Code, Section 13.

## COUNT 2

The Grand Jury further charges that:

On or about September 19, 2002, in the District of Hawaii, defendant **JULIUS D. HUDSON,** at a place within the special maritime and territorial jurisdiction of the United States, namely Schofield Barracks, Hawaii, did intentionally enter and remain unlawfully in a building, to wit: a government building occupied by Crown Preferred Incorporated, located at Building 2800, Schofield Barracks, Hawaii, with intent to commit therein a crime against persons and property rights.

In violation of Hawaii Revised Statute, Section 708-811, and Title 18, United States Code, Section 13.

## COUNT 3

The Grand Jury further charges that:

On or about September 30, 2002, in the District of Hawaii, defendant **JULIUS D. HUDSON,** at a place within the special maritime and territorial jurisdiction of the United States, namely Schofield Barracks, Hawaii, did intentionally enter and remain unlawfully in a building, to wit: the Kaala Community Recreation Center (KCAC), Schofield Barracks, Hawaii, with intent to commit therein a crime against persons and property rights.

In violation of Hawaii Revised Statute, Section 708-811, and Title 18, United States Code, Section 13.

<u>COUNT 4</u>

The Grand Jury further charges that:

On or about October 10, 2002, in the District of Hawaii, defendant **JULIUS D. HUDSON,** at a place within the special maritime and territorial jurisdiction of the United States, namely Schofield Barracks, Hawaii, did, without authority, intentionally and knowingly exert unauthorized control over another's propelled vehicle by operating the vehicle without the owner's consent and by changing the identity of the vehicle without the owner's consent.

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

\\

In violation of Hawaii Revised Statute, Section 708-836, and Title 18, United States Code, Section 13.

DATED: ___Oct. 30___, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

BRETT T. EGUSA
Special Assistant U.S. Attorney

United States v. JULIUS D. HUDSON
CR. NO.
INDICTMENT