PROB 34
(1/92)

ORIGINAL

Report and Order Terminating Probation/
Supervised Release

## United States District Court

### FOR THE

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 23 2007

at 8 o'clock and 32 min. M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

Criminal No. CR 02-00437SOM-01

JULIUS D. HUDSON

It appearing that the period of supervised release expired on 10/5/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_[signature]_

FRANK M. CONDELLO, II
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 19th day of October, 2007.

_[signature]_

SUSAN OKI MOLLWAY
U.S. District Judge